## CONSENT TO JOIN

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Berrezueta v. Powerhouse Food Corp.*, 20-cv-04920, to recover unpaid overtime wages. I hereby authorize the Moser Law Firm, PC to represent me with regard to my Federal Overtime Claims.

Dated:   October 14, 2020

*Eliecer R. Berrezueta* (signature)
Eliecer R. Berrezueta