UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eliecer Berrezueta, individually and on behalf of all others situated,<br><br>            Plaintiffs,<br><br>    -against-<br><br>Powerhouse Food Corp. d/b/a Holiday Farms and David Mandell,<br><br>            Defendants. | Case No.: 20-cv-4920 (JMA)(AKT)<br><br>**[SO ORDERED] STIPULATION TO TOLL STATUTE OF LIMITATIONS FOR OPT-IN PLAINTIFFS** |

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff, Eliecer Berrezueta, individually and on behalf of all others similarly situated, and the Defendants Powerhouse Food Corp. d/b/a Holiday Farms and David Mandell, who are authorized by their respective clients to execute this Stipulation, that the statute of limitations with respect to any individual who elects to opt-into this action under 29 U.S.C. § 216 shall be tolled for the period from January 19, 2021 until 14 days after the date on which mediation with a member of the Eastern District of New York mediation panel is completed.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff shall not move for conditional certification of an FLSA collective during the time which the statute of limitations is tolled.

| | |
|---|---|
| Dated: February 17, 2021<br><br>MOSER LAW FIRM, P.C.<br>*Attorneys for Plaintiff*<br><br>*/s/ Steven J. Moser*<br>By: Steven John Moser<br>5 E. Main Street<br>Huntington, NY 11743<br>Tel: 631-824-0200<br>smoser@moseremploymentlaw.com | Dated: February 17, 2021<br><br>ECKERT SEAMANS CHERIN & MELLOTT, LLC,<br>*Attorneys for Defendant*<br><br>*/s/ Kelly Robrano Koster*<br>By: Kelly Robreno Koster, Esq.<br>10 Bank Street, Suite 700<br>White Plains, New York 10606<br>Tel: (914) 949-2909<br>kkoster@eckertseamans.com |

SO ORDERED:

_____