**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIECER BERREZUETA *individually and on behalf of all others situated*,

                    Plaintiff,                    **ORDER**

         - against -                    CV 20-4920 (AKT)

POWERHOUSE FOOD CORP. d/b/a HOLIDAY FARMS and DAVID MANDELL,

                    Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      On May 27, 2021, Plaintiff filed a motion for approval of the parties' settlement agreement pursuant to *Cheeks*. *See* DE 16. On May 28, 2021, the parties consented to this Court's jurisdiction for all purposes. *See* DE 17. Upon preliminary review of the agreement, the Court notes that Plaintiff's counsel has not provided his contemporaneous billing records so that the Court can do the required cross-check of the lodestar. Counsel needs to show why the percentage of the overall settlement amount that he seeks is fair and reasonable. Plaintiff's counsel is directed to provide the Court with this supplemental information by June 9, 2021.

                                                                       **SO ORDERED.**

Dated: Central Islip, New York
       May 28, 2021                              /s/ A. Kathleen Tomlinson
                                                     A. KATHLEEN TOMLINSON
                                                     U.S. Magistrate Judge