*Berrezueta v. Powerhouse Food Corp.,* 20-cv-4920
Moser Law Firm P.C.
Statement of Attorneys' Fees and Costs In Support of Motion For Approval of Settlement

### ATTORNEYS' FEES

| Date | Description | User | Rate ($) | Hours | Amount($) |
|---|---|---|---|---|---|
| 10/3/2018 | Telephone call from Client | Paralegal | 125.00 | 0.2 | 25.00 |
| 10/3/2018 | Meeting with client in office. Review documentation and conduct pre-screening. | Paralegal | 125.00 | 1.7 | 212.50 |
| 10/31/2018 | Meeting with client in office - Redacted | Steven J. Moser | 450.00 | 1.9 | 855.00 |
| 10/31/2018 | Online research regarding Redacted | Steven J. Moser | 450.00 | 0.2 | 90.00 |
| 11/8/2018 | Telephone call to client re Redacted | Paralegal | 125.00 | 0.1 | 12.50 |
| 11/8/2018 | Telephone call from client re Redacted | Paralegal | 125.00 | 0.2 | 25.00 |
| 11/8/2018 | Investigation - Redacted | Paralegal | 125.00 | 0.4 | 50.00 |
| 11/8/2018 | Investigation - Defendant Corporation - Redacted Redacted | Paralegal | 125.00 | 1.2 | 150.00 |
| 11/8/2018 | Investigation - ID Related Entities | Paralegal | 125.00 | 0.8 | 100.00 |
| 11/8/2018 | Investigation - Search on Department Of Labor for WC Insurance - Active, Search on NYS Department Of Division of Corporations for PowerHouse Food Corp and Gemstone Supermarket. Search on NYS Unified Court System | Paralegal | 125.00 | 1.3 | 162.50 |
| 11/8/2018 | Investigation to ID Individual / Corp. Defendants | Paralegal | 125.00 | 0.5 | 62.50 |
| 11/8/2018 | Investigation- Online Searches Redacted for all supermarkets. | Paralegal | 125.00 | 0.4 | 50.00 |
| 11/8/2018 | Investigation - Prior ligitation by and against corporate and individual defendants | Paralegal | 125.00 | 1.2 | 150.00 |
| 11/8/2018 | Investigation Report Completed. | Paralegal | 125.00 | 1.2 | 150.00 |
| 11/8/2018 | Telephone call from Client re Redacted | Paralegal | 125.00 | 0.2 | 25.00 |
| 11/8/2018 | Telephone call from client re Redacted | Paralegal | 125.00 | 0.4 | 50.00 |
| 11/13/2018 | Background research on Redacted Redacted | Steven J. Moser | 450.00 | 0.5 | 225.00 |
| 11/13/2018 | Consultation with client in office | Steven J. Moser | 450.00 | 1.0 | 450.00 |
| 11/13/2018 | Download and review Redacted | Steven J. Moser | 450.00 | 0.4 | 180.00 |
| 11/13/2018 | Download Redacted | Steven J. Moser | 450.00 | 0.4 | 180.00 |
| 11/13/2018 | Download Redacted | Steven J. Moser | 450.00 | 0.1 | 45.00 |
| 11/13/2018 | Locate case of Redacted | Steven J. Moser | 450.00 | 0.1 | 45.00 |

| Date | Description | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/2018 | Telephone call from [Redacted] regarding [Redacted] | Steven J. Moser | 450.00 | 0.5 | 225.00 |
| 1/3/2019 | Telephone call with [Redacted] man | Steven J. Moser | 450.00 | 0.4 | 180.00 |
| 1/3/2019 | Telephone call with client | Steven J. Moser | 450.00 | 0.8 | 360.00 |
| 1/12/2019 | Meeting with TL regarding obtaining witnesses | Steven J. Moser | 450.00 | 0.4 | 180.00 |
| 1/25/2019 | Created Spreadsheet List of Witness for case. | Paralegal | 125.00 | 0.4 | 50.00 |
| 1/25/2019 | Prepared initial damages calculation | Paralegal | 125.00 | 1.3 | 162.50 |
| 2/5/2019 | Mr. Berrezuela called, [Redacted] | Paralegal | 125.00 | 0.2 | 25.00 |
| 2/22/2019 | Telephone call to Berrezueta re [Redacted] | Paralegal | 125.00 | 0.3 | 37.50 |
| 2/22/2019 | Telephone call to Client re [Redacted] | Paralegal | 125.00 | 0.2 | 25.00 |
| 2/22/2019 | Telephone call to witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/22/2019 | Investigation - prepare instructions and questionnaire for Tania Lugo to contact | Steven J. Moser | 450.00 | 1.2 | 540.00 |
| 2/22/2019 | Meeting with Tanya Lugo regarding witnesses. | Steven J. Moser | 450.00 | 0.3 | 135.00 |
| 2/22/2019 | Witness [Redacted] called to furnish information | Paralegal | 125.00 | 0.7 | 87.50 |
| 3/14/2019 | Meeting with client in office | Steven J. Moser | 450.00 | 0.5 | 225.00 |
| 5/8/2019 | Assist client [Redacted] | Steven J. Moser | 450.00 | 0.3 | 135.00 |
| 10/29/2019 | Meeting with client in office on October 29, 2019 | Steven J. Moser | 450.00 | 1.5 | 675.00 |
| 10/29/2019 | Meeting with KB regarding telephone calls to [Redacted] | Steven J. Moser | 450.00 | 0.2 | 90.00 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.2 | 25.00 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Witness [Redacted] called back | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Witness [Redacted] called to provide statement | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |

| Date | Description | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/6/2020 | Called witness [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 2/21/2020 | Mr. Berrezueta called re [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 7/30/2020 | Research on [Redacted] | Steven J. Moser | 450.00 | 0.7 | 315.00 |
| 7/30/2020 | Review file to determine [Redacted] | Steven J. Moser | 450.00 | 0.2 | 90.00 |
| 7/31/2020 | Review all paystubs, schedules, and intake notes to prepare complaint | Steven J. Moser | 450.00 | 1.0 | 450.00 |
| 7/31/2020 | Telephone call to client re complaint - left message | Steven J. Moser | 450.00 | 0.1 | 45.00 |
| 10/2/2020 | Telephone call to Client re [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 10/7/2020 | Telephone call to E. Berrezueta to confirm [Redacted] | Steven J. Moser | 450.00 | 0.2 | 90.00 |
| 10/7/2020 | Berrezueta called to confirm [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 10/8/2020 | Reviewed [Redacted] | Paralegal | 125.00 | 0.1 | 12.50 |
| 10/13/2020 | Prepare class action complaint | Steven J. Moser | 450.00 | 4.5 | 2,025.00 |
| 10/13/2020 | Prepare summonses, civil cover sheet, and file complaint | Steven J. Moser | 450.00 | 0.5 | 225.00 |
| 10/16/2020 | Calendared Service Deadline for Each Defendant | Paralegal | 125.00 | 0.1 | 12.50 |
| 10/20/2020 | Emailed Copy of Filed Complaint, Summons Issued to Each Defendant, NYS SOS Entity Information Sheet for Each Corporate Defendant, to Alert for Service | Paralegal | 125.00 | 0.1 | 12.50 |
| 10/30/2020 | Client called re [Redacted] | Paralegal | 125.00 | 0.2 | 25.00 |
| 11/17/2020 | Calculated and Calendared ▲'s Powerhouse Food Corp Summons Answer Date | Paralegal | 125.00 | 0.1 | 12.50 |
| 11/17/2020 | Calculated and Calendared ▲'s David Mandell Summons Answer Date | Paralegal | 125.00 | 0.1 | 12.50 |
| 11/17/2020 | Telephone call from David L Weissman re case | Steven J. Moser | 450.00 | 0.3 | 135.00 |
| 11/17/2020 | Email affidavit of service of complaint to Opposing Counsel | Steven J. Moser | 450.00 | 0.1 | 45.00 |
| 11/17/2020 | Filed via ECF Affidavit of Service for Powerhouse Food Corp. | Paralegal | 125.00 | 0.1 | 12.50 |
| 11/17/2020 | Filed via ECF Affidavit of Service for David Mandell. | Paralegal | 125.00 | 0.1 | 12.50 |
| 11/18/2020 | Telephone call to client re [Redacted] | Steven J. Moser | 450.00 | 0.2 | 90.00 |
| 1/19/2021 | Prepare for initial conference with Judge Azrack | Steven J. Moser | 500.00 | 0.3 | 150.00 |
| 1/19/2021 | Participate in initial conference before Judge Azrack - case referred to mediation. | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 1/19/2021 | Telephone call from Steven Moser to Kelly Koster | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 1/19/2021 | Prepare stipulation to toll statute of limitations for opt-in plaintiffs for the period from 1/19/2021 until 14 days after the mediation date. | Steven J. Moser | 500.00 | 0.4 | 200.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/19/2021 | Email 2020-01-XX Stipulation to toll SOL for Opt-In Plaintiffs to opposing counsel and recommend Andrew Kimler and Patrick McKenna. | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 2/17/2021 | Revise stipulation to toll SOL for opt-in plaintiffs and file via ECF | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 2/18/2021 | Email to Client from SJM re Mediation | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 2/18/2021 | Telephone call from SJM to E Berrezueta re Mediation | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 2/18/2021 | Review, execute, scan and email confidentiality agreement to Kimler and Opposing | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 2/18/2021 | Revise Plaintiff's Damages Calculations for purposes of mediation | Steven J. Moser | 500.00 | 0.6 | 300.00 |
| 2/18/2021 | Prepare Plaintiff's ex parte mediation statement with Exhibits. | Steven J. Moser | 500.00 | 3.9 | 1,950.00 |
| 2/18/2021 | Email damages calculations spreadsheet to opposing counsel | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 2/18/2021 | Email ex-parte mediation statement to Andrew Kimler | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 2/18/2021 | Prepare attorneys fees and costs calculations to supplement damages calculations | Steven J. Moser | 500.00 | 0.5 | 250.00 |
| 3/19/2021 | Email mediation documents to Opposing Counsel | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 3/19/2021 | Berrezueta Mediation Documents to Opposing Counsel - Email 2 of 3 | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 3/19/2021 | Email 1 of 3 - Mediation Documents to Opposing Counsel | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 3/22/2021 | Telephone call from SJM to E Berrezueta re [Redacted] | Steven J. Moser | 500.00 | 0.4 | 200.00 |
| 3/23/2021 | Prepare for mediation with A. Kimler | Steven J. Moser | 500.00 | 1.0 | 500.00 |
| 3/23/2021 | Participation in mediation with A. Kimler | Steven J. Moser | 500.00 | 3.1 | 1,550.00 |
| 3/31/2021 | Review and edit settlement agreement. | Steven J. Moser | 500.00 | 0.6 | 300.00 |
| 3/31/2021 | Email proposed revisions to settlement agreemen to opposing counsel | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 3/31/2021 | Draft motion for approval of settlement | Steven J. Moser | 500.00 | 0.9 | 450.00 |
| 3/31/2021 | Email proposed motion for approval of FLSA settlement to opposing counsel for review and approval | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 3/31/2021 | Prepare closing statement to client | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 3/31/2021 | Email [Redacted] and [Redacted] client for his signature. | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 5/10/2021 | Telephone call from client re status of settlement | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 5/10/2021 | Download s [Redacted] and forward to opposing | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 5/20/2021 | Prepare consent to JD by Magistrate and send via docusign to Kelly Robreno Koster | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 5/20/2021 | Email proposed motion for Cheeks approval to Kelly Robreno Koster for review | Steven J. Moser | 500.00 | 0.1 | 50.00 |
| 5/27/2021 | File consent to JD by Magistrate Judge A. Kathleen Tomlinson | Steven J. Moser | 500.00 | 0.2 | 100.00 |
| 5/27/2021 | Revise and file motion for Cheeks approval of FLSA Settlement | Steven J. Moser | 500.00 | 0.3 | 150.00 |
| 6/9/2021 | Export, redact, and file contemporaneous billing records via ECF | Steven J. Moser | 500.00 | 0.6 | 300.00 |
| | **TOTAL ATTORNEYS' FEES** | | | | **18,112.50** |

## COSTS

| Date | Description | Attorney | Rate | Qty | Amount |
|---|---|---|---|---|---|
| 10/14/2020 | COURTS/USDC-NY-E-P | Steven J. Moser | 400.00 | 1 | 400.00 |
| 11/10/2020 | Process Service Fees | Steven J. Moser | 90.00 | 1 | 90.00 |
| 11/6/2020 | Process Service Fees | Steven J. Moser | 135.00 | 1 | 135.00 |
| | **TOTAL COSTS** | | | | **625.00** |

## SUMMARY

| Time Period | Name | Rate | Hours | Subtotal |
|---|---|---|---|---|
| | `Paralegal | $ 125.00 | 16.3 | $ 2,037.50 |
| Prior to Jan 1, 2021 | Steven J. Moser | $ 450.00 | 18.5 | $ 8,325.00 |
| On and after Jan 1, 2021 | Steven J. Moser | $ 500.00 | 15.5 | $ 7,750.00 |

**TOTAL ATTORNEYS' FEES** — $18,112.50

**TOTAL COSTS** — $ 625.00

**TOTAL ATTORNEYS' FEES AND COSTS** — $18,737.50