**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE:    ARLENE R. LINDSAY          DATE: 11/30/2021**
**United States Magistrate Judge**

**TIME: 12:00 p.m.**

**DOCKET NO: 20-cv-04920-ARL**

**CASE: Berrezueta v. Powerhouse Food Corp. et al**

___  **INITIAL CONFERENCE**

___  **STATUS CONFERENCE**

___  **SCHEDULING CONFERENCE          BY TELEPHONE X**

___  **SETTLEMENT CONFERENCE**

___  **FINAL CONFERENCE**

 X   **FAIRNESS HEARING**

|  APPEARANCES:  |  FOR PLAINTIFF:  |  FOR DEFENDANTS:  |
|---|---|---|
|  |  Paul Pagano  |  David Weissman  |
|  |  |  Jill R. Cohen  |

**The following rulings were made:**

Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is directed to close the case.

**SO ORDERED:**

**/s/**